IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JARED DAKOTA FROST,           )
AIS 289681,                   )
                              )
    Plaintiff,            )
                              )
v.                            ) CASE NO. 2:24-CV-192-RAH-KFP
                              )
JENNIFER DAVENPORT, et al.,   )
                              )
    Defendants.           )

## **O R D E R**

On August 19, 2024, the Magistrate Judge entered a Recommendation to which no timely objections have been filed. (Doc. 11.) Upon an independent review of the record and upon consideration of the Recommendation, it is hereby ORDERED that the Recommendation is ADOPTED, and this case is DISMISSED without prejudice.

Final judgment will be entered separately.

DONE, on this the 12th day of September 2024.

_____
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE